IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PASCAL GEDEON,**<br>         **Plaintiff** | :<br>:<br>: |
| v. | : **CIVIL ACTION NO. 23-CV-1600** |
| **UNITED STATES** *et al.*<br>         **Defendants** | :<br>:<br>: |

## ORDER

AND NOW, this 13th day of June, 2023, upon consideration of Plaintiff Pascal Gedeon's Motions seeking relief in the nature of reconsideration (ECF Nos. 8, 12), Motion for Clarification (ECF No. 9), Motion for Creation of Remedy and For a Speedy Hearing (ECF No. 10), and Motion for Leave to Amend (ECF No. 11), it is **ORDERED** that:

1. The Motions seeking relief in the nature of reconsideration (ECF Nos. 8 and 12), and Motion for Clarification (ECF No. 9) are **DENIED**.

2. The Motion for Creation of Remedy (ECF No. 10) is **DENIED** without prejudice to Mr. Gedeon reasserting his arguments in his criminal case, *United States v. Gedeon*, No. 21-CR-210 (E.D. Pa.).

3. The Motion to Amend is **DENIED** without prejudice and with leave to reassert by filing a new Motion appending a proposed amended complaint containing all claims Mr. Gedeon seeks to pursue in his civil case when the stay of this case is lifted following the final outcome of Mr. Gedeon's criminal charges in *United States v. Gedeon*, No. 21-CR-210 (E.D. Pa.).

4. This case remains stayed pending the final outcome of criminal charges in *United States v. Gedeon*, No. 21-CR-210 (E.D. Pa.).

5. The time to serve process under Federal Rule of Civil Procedure 4(m) is **EXTENDED** to the date 90 days after the Court issues summonses in this case if summonses are issued.

BY THE COURT:

_____
GENE E.K. PRATTER, J.